FORM EDC850ap Bankruptcy Appeal Transmittal Form  (v.8.14)                                         21−02052 − A − 0

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov

**FILED**
Dec 06, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



## BANKRUPTCY APPEAL TRANSMITTAL FORM

In re

SlideBelts Inc.

Debtor(s).

**Bankruptcy Case No.**

19−25064 − A − 11

---

SlideBelts, Inc.

Plaintiff(s),

v.

Parson, Behle, and Latimer
et al.

Defendant(s).

**Adversary Proceeding No.**

21−02052 − A

**DCN:**   BMR−1

---

TO:   U.S. District Court
      501 I Street, Suite 4−200, Sacramento, California 95814 ((916) 930−4000).

FROM:  U.S. Bankruptcy Court
       Eastern District of California District Office No. 0972

District Court No.
2:21-cv-2254 TLN (BK)

Bankruptcy Judge (who signed the order):  Fredrick E. Clement

Date Notice of Appeal Filed:  12/6/21

Date of Entry of Order Appealed From:  11/22/21

Date Bankruptcy Case Filed:  7/16/21

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  12/6/21

Filing Fee Paid?  Yes

Dated:
12/6/21

For the Court,
Wayne Blackwelder , Clerk

3
BRIAN M. ROTHSCHILD (252573)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:     801.532.1234
Facsimile:      801.536.6111
BRothschild@parsonsbehle.com
ECF@parsonsbehle.com

*Attorneys for Parsons Behle & Latimer
and Advanced CFO*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>SLIDEBELTS, INC.,<br><br>  Debtor. | (Related to Ch 11 Case No. 2019-25064)<br><br>Adv. No. 2021-02052<br><br>Judge Fredrick E. Clement |
| SLIDEBELTS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>PARSONS BEHLE & LATIMER, ADVANCED CFO, and KNOBBE MARTENS OLSON & BEAR,<br><br>  Defendants. | **NOTICE OF APPEAL** |

Parsons Behle & Latimer ("**Parsons Behle**") and Advanced CFO ("**Advanced CFO**" and, together with Parsons Behle, "**Defendants**"), by and through their counsel of record, file this notice of appeal consistent with this Court's local rule 145, Federal Rule of Bankruptcy Procedure 8003(a), and this Court's Form 417A.

-1-

4892-6799-8213.v1

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Parsons, Behle & Latimer and Advanced CFO.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   [X] Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Order denying Defendants' Motion to Dismiss, Docket 24.

2. State the date on which the judgment, order, or decree was entered:
   November 20, 2021.

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Parsons Behle & Latimer**: Brian M. Rothschild 201 S. Main, Suite 1800, Salt Lake City, Utah 84111; 310-876-2299.

2. **Advanced CFO**: C/O Brian M. Rothschild, Parsons Behle & Latimer, 201 S. Main, Suite 1800, Salt Lake City, Utah 84111; 310-876-2299.

3. **Slidebelts, Inc.**: Stephen M. Reynolds, 424 2nd Suite #A, Davis, California 95616; 530-297-5030.

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check

4892-6799-8213.v1

below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated:  December 6, 2021                                  **PARSONS BEHLE & LATIMER**

                                                                            /s/Brian M. Rothschild
                                                          By:       BRIAN M. ROTHSCHILD
                                                          Attorneys for Parsons Behle & Latimer and Advanced CFO

-3-

4892-6799-8213.v1

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>SlideBelts Inc.,<br>    Debtor. | ) Case No.: 19-25064 - A - 11<br>) Adv No.: 21-02052<br>) Docket Control No.: BMR-1<br>) Document No.: 13<br>) |
| SlideBelts, Inc.,<br>    Plaintiff,<br>v.<br>Parson, Behle, and Latimer et al.,<br>    Defendants. | ) Date: 11/16/2021<br>) Time: 1:30 PM<br>) Dept: A<br>)<br>)<br>) |

**Order**

Parson Behle & Latimer and Advanced CFO's motion has been presented to the court. Having considered the motion together with papers filed in support and opposition, and having heard the arguments of counsel, if any,

IT IS ORDERED that the motion is denied;

IT IS FURTHER ORDERED that not later than December 7, 2021, Parson Behle & Latimer and Advanced CFO shall file an answer to the complaint;

IT IS FURTHER ORDERED that the parties shall not enlarge time for Parson Behle & Latimer and Advanced CFO to file an answer without leave of court; and

IT IS FURTHER ORDERED that in the event that Parson Behle & Latimer and Advanced CFO, or any of them, shall fail to file an answer in a timely manner the plaintiff shall forthwith and without delay seek entry of the non-answering party's default.

Dated: November 20, 2021

_____
Fredrick E. Clement
United States Bankruptcy Judge

[13] - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] Filed by Defendants Advanced CFO, Parson, Behle, and Latimer (shes)

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>SlideBelts Inc.,<br>　　　　Debtor.<br>_____<br><br>SlideBelts, Inc.,<br>　　　　Plaintiff,<br>v.<br>Parson, Behle, and Latimer et al.,<br>　　　　Defendants.<br>_____ | ) Case No.: 19-25064 - A - 11<br>) Adv No.: 21-02052<br>) Docket Control No.: BMR-1<br>) Document No.: 13<br>)<br>)<br>) Date: 11/16/2021<br>) Time: 1:30 PM<br>) Dept: A<br>)<br>)<br>) |

**Order**

Parson Behle & Latimer and Advanced CFO's motion has been presented to the court.  Having considered the motion together with papers filed in support and opposition, and having heard the arguments of counsel, if any,

IT IS ORDERED that the motion is denied;

IT IS FURTHER ORDERED that not later than December 7, 2021, Parson Behle & Latimer and Advanced CFO shall file an answer to the complaint;

IT IS FURTHER ORDERED that the parties shall not enlarge time for Parson Behle & Latimer and Advanced CFO to file an answer without leave of court; and

IT IS FURTHER ORDERED that in the event that Parson Behle & Latimer and Advanced CFO, or any of them, shall fail to file an answer in a timely manner the plaintiff shall forthwith and without delay seek entry of the non-answering party's default.

Dated: November 20, 2021

_____
Fredrick E. Clement
United States Bankruptcy Judge

[13] - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] Filed by Defendants Advanced CFO, Parson, Behle, and Latimer (shes)

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Adversary Proceeding #: 21-02052

*Assigned to:* Hon. Fredrick E. Clement
*Lead BK Case:* 19-25064
*Lead BK Title:* SlideBelts Inc.
*Lead BK Chapter:* 11
*Demand:* $51000

*Date Filed:* 07/16/21

*Nature[s] of Suit:* 14 Recovery of money/property - other

*Plaintiff*
-----------------------
**SlideBelts, Inc.**
5272 Robert J Mathews Parkway
El Dorado Hills, CA 95762
SSN / ITIN: xxx-xx-0000
Tax ID / EIN: 46-3346479

represented by **Stephen M. Reynolds**
424 2nd St #A
Davis, CA 95616
(530) 297-5030
LEAD ATTORNEY

V.

*Defendant*
-----------------------
**Parson, Behle, and Latimer**

represented by **Brian M. Rothschild**
201 S Main St #1800
Salt Lake City, UT 84111
310-876-2299
LEAD ATTORNEY

**Unknown at time of filing**
*TERMINATED: 12/06/2021*
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Advanced CFO**

represented by **Brian M. Rothschild**
(See above for address)

**Unknown at time of filing**
*TERMINATED: 12/06/2021*
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Knobbe Martens Olson & Bear**
*TERMINATED: 08/19/2021*

represented by **Unknown at time of filing**
*TERMINATED: 08/19/2021*

| Filing Date | # | Docket Text | Doc. Locator ID |
|---|---|---|---|
| 07/16/2021 | 1 (3 pgs) | (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis). (Entered: 07/19/2021) | 31702310 |
| 07/16/2021 | 2 (2 pgs) | Adversary Proceeding Cover Sheet (auto) (Entered: 07/19/2021) | 31702313 |
| 07/19/2021 | 3 (4 pgs) | Copy of Summons Issued Re: 1 Complaint; Status Conference to be held on 9/14/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (kwis) (Entered: 07/19/2021) | 31702316 |
| 07/19/2021 | 4 (1 pg) | Notice of Availability of Bankruptcy Dispute Resolution Program (kwis) (Entered: 07/19/2021) | 31702319 |
| 07/19/2021 | 5 (1 pg) | Order to Confer on Initial Disclosures and Setting Deadlines (kwis) (Entered: 07/19/2021) | 31702322 |
| 07/23/2021 | 6 | BNC DELETED - REQUESTED IN ERROR - NO IMAGE AVAILABLE Notice of Payment Due in the amount of $350 RE: (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson and Bear. (Fee Not Paid $350.00) (eFilingID: 6995428) (kwis) (admin) Modified on 7/23/2021 (kwis). (Entered: 07/23/2021) | |
| 08/18/2021 | 7 (2 pgs) | Motion/Application to Extend Time [BMR-1] Filed by Defendant Parson, Behle, and Latimer, Plaintiff SlideBelts, Inc. (shes) (Entered: 08/19/2021) | 31780415 |
| 08/18/2021 | 8 (2 pgs) | Certificate/Proof of Service of 7 Motion/Application to Extend Time [BMR-1] (shes) (Entered: 08/19/2021) | 31780443 |
| 08/19/2021 | 9 (1 pg) | Notice of Voluntary Dismissal of Knobbe Martens Olson & Bear Re: 1 Complaint (shes) (Entered: 08/19/2021) | 31781331 |
| 08/19/2021 | 10 (2 pgs) | Order Granting 7 Motion/Application to Extend Time [BMR-1] (shes) (Entered: 08/19/2021) | 31781400 |
| 09/14/2021 | 11 (1 pg) | Civil Minutes -- Status Conference continued Re: 1 (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis).; Status Conference now to be held on 11/2/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (jbus) (Entered: 09/16/2021) | 31844158 |
| 09/16/2021 | 12 (1 pg) | Order to Continue Status Conference Re: 1 Complaint ; Service by the Deputy Clerk is not required. Status Conference to be held on 11/2/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (tjof) (Entered: 09/17/2021) | 31848315 |

| | | | |
|---|---|---|---|
| 10/13/2021 | [13](#) (2 pgs) | Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] Filed by Defendants Advanced CFO, Parson, Behle, and Latimer (shes) (Entered: 10/13/2021) | 31906789 |
| 10/13/2021 | [14](#) (2 pgs) | Notice of Hearing Re: 13 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] to be held on 11/16/2021 at 01:30 PM at Sacramento Courtroom 28, Department A. (shes) (Entered: 10/13/2021) | 31906795 |
| 10/13/2021 | [15](#) (16 pgs) | Memorandum of Points and Authorities in support of 13 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] (shes) (Entered: 10/13/2021) | 31906801 |
| 10/13/2021 | [16](#) (2 pgs) | Certificate/Proof of Service of 13 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1], 14 Notice of Hearing, 15 Memorandum of Points and Authorities (shes) (Entered: 10/13/2021) | 31906814 |
| 11/02/2021 | [17](#) (2 pgs) | Opposition/Objection Filed by Plaintiff SlideBelts, Inc. Re: 13 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] (shes) (Entered: 11/03/2021) | 31956561 |
| 11/02/2021 | [18](#) (1 pg) | Civil Minutes -- Status Conference continued Re: 1 (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis).; Status Conference now to be held on 11/16/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (jbus) (Entered: 11/05/2021) | 31964106 |
| 11/05/2021 | [19](#) (1 pg) | Order to Continue Status Conference Re: 1 Complaint ; Service by the Deputy Clerk is not required. Status Conference to be held on 11/16/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (shes) (Entered: 11/08/2021) | 31967585 |
| 11/16/2021 | [21](#) (12 pgs) | Civil Minutes -- Motion Denied Re: 13 - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] (auto) (Entered: 11/19/2021) | 31995213 |
| 11/16/2021 | [22](#) (1 pg) | Civil Minutes -- Status Conference continued Re: 1 (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis).; Status Conference now to be held on 12/17/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (jbus) (Entered: 11/19/2021) | 31996233 |
| 11/16/2021 | [23](#) (1 pg) | Civil Minutes -- Re: Continued Status Conference Re: Complaint - 1 - (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis). (auto) (Entered: 11/19/2021) | 31996245 |
| | [20](#) (1 pg) | 🔊 PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 11/16/2021 1:36:09 PM ]. File Size [ 3225 KB ]. Run Time [ 00:13:26 ]. | 31988062 |

| | | | |
|---|---|---|---|
| 11/17/2021 | | (auto). (Entered: 11/17/2021) | |
| 11/20/2021 | 24 (1 pg) | Order Denying 13 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [BMR-1] (smis) (Entered: 11/22/2021) | 31999757 |
| 11/20/2021 | 25 (1 pg) | Order to Continue Status Conference Re: 1 (14 (Recovery of money/property - other)) : Complaint 21-02052 by SlideBelts, Inc. against Parson, Behle, and Latimer, Advanced CFO, Knobbe Martens Olson & Bear. (Fee Amount of $350.00 is Exempt) (eFilingID: 6995428) (kwis) Modified on 7/23/2021 (kwis). ; Service by the Deputy Clerk is not required. Status Conference to be held on 12/17/2021 at 01:30 PM at Sacramento Courtroom 28, Department A (smis) (Entered: 11/22/2021) | 31999769 |
| 12/06/2021 | 26 (4 pgs) | Answer to Complaint Filed by Advanced CFO, Parson, Behle, and Latimer. (shes) (Entered: 12/06/2021) | 32027506 |
| 12/06/2021 | 27 (4 pgs) | Notice of Appeal and Statement of Election to District Court [BMR-1] Re: 24 Order on Motion/Application to Dismiss Adversary Proceeding/Notice of Removal (Fee Paid $298) (eFilingID: 7042620) (shes) (Entered: 12/06/2021) | 32028301 |
| 12/06/2021 | 28 (1 pg) | Transmittal to District Court in Sacramento [BMR-1] Re: 27 Notice of Appeal (shes) (Entered: 12/06/2021) | 32028320 |
| 12/06/2021 | 29 (1 pg) | Certificate of Notice of Appeal [BMR-1] Re: 27 Notice of Appeal (shes) (Entered: 12/06/2021) | 32028351 |
| 12/06/2021 | | Appeal Fee Paid ($298.00, Receipt Number: 373092, eFilingID: 7042620) (auto) (Entered: 12/06/2021) | |
| 12/06/2021 | 30 (4 pgs) | BNC Service of Document as transmitted to BNC for service. (shes) (Entered: 12/06/2021) | 32028362 |
| 12/06/2021 | 31 (2 pgs) | Motion/Application for Leave to Appeal [BMR-2] Filed by Defendants Advanced CFO, Parson, Behle, and Latimer (shes) (Entered: 12/06/2021) | 32028385 |
| 12/06/2021 | 32 (11 pgs) | Memorandum of Points and Authorities in support of 31 Motion/Application for Leave to Appeal [BMR-2] (shes) (Entered: 12/06/2021) | 32028395 |
| 12/06/2021 | 33 (45 pgs) | Exhibit(s) Re: 31 Motion/Application for Leave to Appeal [BMR-2] (shes) (Entered: 12/06/2021) | 32028403 |
| 12/06/2021 | 34 (2 pgs) | Motion/Application for Stay Pending Appeal [BMR-3] Filed by Defendants Advanced CFO, Parson, Behle, and Latimer (shes) (Entered: 12/06/2021) | 32028426 |
| 12/06/2021 | 35 (13 pgs) | Memorandum of Points and Authorities in support of 34 Motion/Application for Stay Pending Appeal [BMR-3] (shes) (Entered: 12/06/2021) | 32028435 |
| 12/06/2021 | 36 (45 pgs) | Exhibit(s) Re: 34 Motion/Application for Stay Pending Appeal [BMR-3] (shes) (Entered: 12/06/2021) | 32028444 |
| 12/06/2021 | 37 (2 pgs) | Certificate/Proof of Service of 34 Motion/Application for Stay Pending Appeal [BMR-3], 35 Memorandum of Points and Authorities (shes) (Entered: 12/06/2021) | 32028453 |

| Date | Doc | Description | ID |
|---|---|---|---|
| 12/06/2021 | [38](2 pgs) | Certificate/Proof of Service of 31 Motion/Application for Leave to Appeal [BMR-2], 32 Memorandum of Points and Authorities (shes) (Entered: 12/06/2021) | 32028458 |
| 12/06/2021 | [39](2 pgs) | Certificate/Proof of Service of 31 Motion/Application for Leave to Appeal [BMR-2], 32 Memorandum of Points and Authorities (shes) (Entered: 12/06/2021) | 32028465 |
| 12/06/2021 | | Contacted Shannon from the Law Office of Brian M. Rothschild on 12/6/21 regarding Failure to Submit a Proposed Order or Notice of Hearing Re: 34 Motion/Application for Stay Pending Appeal [BMR-3] (shes) (Entered: 12/06/2021) | |
| 12/07/2021 | [40](2 pgs) | Notice of Hearing Re: 34 Motion/Application for Stay Pending Appeal [BMR-3] to be held on 1/19/2022 at 01:30 PM at Sacramento Courtroom 28, Department A. (shes) (Entered: 12/08/2021) | 32032207 |
| 12/07/2021 | [41](2 pgs) | Certificate/Proof of Service of 40 Notice of Hearing [BMR-3] (shes) (Entered: 12/08/2021) | 32032217 |